O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE ANN CASTANEDA,<br><br>          Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>          Defendant. | Case No.: 2:22-cv-01168-MEMF(AFMx)<br><br>**ORDER GRANTING EAJA FEES [ECF NO. 15]** |

Having considered the parties' Stipulation for EAJA fees [ECF No. 15], it is hereby ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $1,643.58 and costs in the amount of $402.00, subject to the terms of the Stipulation.

Dated: October 13, 2022

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

1